

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700  F 212.542.3790

**Michael J. Crowley**
Partner
mcrowley@connellfoley.com

February 13, 2024

**VIA ELECTRONIC FILING**

The Honorable Paul A. Engelmayer
United States District Court
Southern District of New York
40 Foley Square, Courtroom 2201
New York, New York 10007

    Re:    *Lydia Esther Rivera v. JetBlue Airways Corporation*
            Case No.: 1:24-cv-09850-PAE

Dear Judge Engelmayer:

    This office represents Defendant, JetBlue Airways Corporation ("JetBlue"), in connection with the above-referenced matter. We are writing to request an adjournment of the initial conference scheduled for February 18, 2025 as defense counsel is unavailable to attend due to a conflict.

    The parties are otherwise available to appear for an initial conference the following week. Defense counsel has spoken with Plaintiff's counsel regarding this request and they consent to the adjournment.

    Your Honor's consideration of this matter is greatly appreciated.

                      Respectfully submitted,

                      Michael J. Crowley

**CC VIA ECF:**
John F. Schutty, Esq.

    GRANTED. The initial conference is hereby rescheduled to Wednesday, February 26, 2025, at 10 a.m.

    SO ORDERED.

              *Paul A. Engelmayer*
              PAUL A. ENGELMAYER
              United States District Judge

Date: February 14, 2025