UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
LYDIA ESTHER RIVERA,

                        Plaintiff,                  **ORDER**

             -against-                  **24-CV-9850 (JW)**

JETBLUE AIRWAYS CORPORATION,
                        Defendants.
------------------------------------------------------------------X

**JENNIFER E. WILLIS, United States Magistrate Judge:**

A discovery conference was held on October 14, 2025 to address outstanding discovery disputes. For reasons more fully stated on the record, the Court orders the following:

1. Defendants are required to produce the remaining outstanding documents and respond to outstanding interrogatories by **November 7, 2025 at 12:00 PM**. During the conference the Court set the discovery deadline as 30 days from today. However, given the upcoming hearing on November 13, 2025, the deadline is moved forward to November 7th at noon.

2. The parties are to appear for another discovery conference in Courtroom 228 of 40 Foley Square, New York, NY 10007 on **November 13, 2025 at 2:30 PM**. The Parties are to file a joint letter detailing the remaining discovery disputes by **November 7, 2025 at 5:00 PM.** If the discovery disputes are resolved in advance of the conference, the Parties are to write the Court to request the conference be adjourned *sine die.*

1

SO ORDERED.

DATED:    New York, New York

October 15, 2025

*Jennifer E. Willis*
JENNIFER E. WILLIS
United States Magistrate Judge