

Connell Foley LLP
875 Third Avenue
21st Floor
New York, NY 10022
P 212.307.3700   F 212.542.3790

**Brian P. Morrissey**
Direct: 212.307.3707
BMorrissey@connellfoley.com

November 7, 2025

**VIA ECF**
Honorable Jennifer E. Willis
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

> The request for adjournment is **GRANTED.** The Parties are to provide a joint status letter to the Court by **December 15, 2025**. SO ORDERED.
>
> *Jennifer E. Willis*
> JENNIFER E. WILLIS
> UNITED STATES MAGISTRATE JUDGE
> November 10, 2025

Re:   **Lydia Ester Rivera v. JetBlue Airways Corp.**
      **Docket No.: 24-cv-9850 (JW)**

Dear Judge Willis:

We represent defendant JetBlue Airways Corporation and together with Plaintiff's counsel, John F. Schutty, Esq., we write to report that the parties have agreed to a settlement. We jointly request that the scheduled conference set for November 13, 2025, at 2:30p.m., be adjourned for forty-five days (December 22, 2025) to allow for the completion of settlement documents, payment, and filing of the stipulation with this Court.

We thank the Court for its attention to this matter.

Respectfully submitted,

CONNELL FOLEY LLP                        LAW OFFICE OF JOHN F. SCHUTTY

*Brian Morrissey*                        *John F. Schutty*

Brian P. Morrissey                       John F. Schutty

BPM

17109187-1